UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRYAN FUNN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 1:25-cv-03542<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Bryan Funn, and Defendant Equifax Information Services, LLC, ("EQUIFAX") that the above-titled action is hereby dismissed with prejudice against Defendant Equifax. Each party will bear their own costs and attorney's fees.

Dated: 12/11/2025                                                       Respectfully submitted,

EQUIFAX INFORMATION                                       LAW OFFICES OF
SERVICES, LLC                                                           MARK A. CAREY, P.C.


By: */s/ Carley Thompson*                                        By: */s/ Mark A. Carey*
　　Carley Thompson                                                 　　Mark A. Carey
　　Equifax, Inc.                                                           　　Law Offices of Mark A. Carey, P.C.
　　1550 Peachtree                                                     　　5600 Roswell Rd., Ste. Bldg C
　　Atlanta, GA 30309                                               　　Sandy Springs, GA 30342
　　E: carley.thompson@equifax.com                     　　E: markcareylaw@ymail.com
　　P: (404) 326-2679                                               　　P: (716) 853-9243

　　*Attorney for Defendant,*                                   　　*Attorney for Plaintiff,*
　　*Equifax Information*                                          　　*Bryan Funn*
　　*Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on 12/11/2025, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, P.C.
5600 Roswell Rd.,Ste Bldg C
Sandy Springs, GA 30342
E: markcareylaw@ymail.com
P: (716) 853-9243
*Attorney for Plaintiff,*
*Bryan Funn*